1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EFREN VALENCIA,

11              Petitioner,              No. CIV S-10-1963 DAD P

12        vs.

13   KATHLEEN ALLISON,

14              Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in

18   forma pauperis or paid the filing fee.  In his application, petitioner challenges a judgment of

19   conviction issued by the Stanislaus County Superior Court.  Stanislaus County is part of the

20   Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u>

21   Local Rule 120(d).

22              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1. This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4         2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6              United States District Court
               Eastern District of California
7              2500 Tulare Street
               Fresno, CA 93721

8

9    DATED: August 2, 2010.

10

11                                          _____

12                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
13

14   DAD:kly:sj
     vale1963.109
15

16

17

18

19

20

21

22

23

24

25

26

2